# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LUIS A. GONZALEZ BARRETO,

    Plaintiff,

v.                                           Case No: 8:21-cv-2644-CEH-AEP

STEVEN D. MERRYDAY,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on January 18, 2022 (Doc. 8). In the Report and Recommendation, Magistrate Judge Porcelli recommends that Plaintiff's request to proceed *in forma pauperis* (Doc. 2) be denied and Plaintiff's Complaint (Doc. 1) be dismissed with prejudice. Plaintiff was furnished a copy of the Report and Recommendation and was afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 8) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)  Plaintiff's request to proceed *in forma pauperis* (Doc. 2) is denied.

(3)  Plaintiff's Complaint (Doc. 1) is dismissed with prejudice.

(4)  The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on February 7, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record